UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| JAIMIE TRICKEY, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) No. 1-13-00124 ) Chief Judge Haynes ) |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | ) ) ) ) ) |
| Defendant. | ) |

## ORDER

Before the Court is is the Magistrate Judge's Report and Recommendation (Docket Entry No. 20) to deny Plaintiff's motion for judgment on the record (Docket Entry No. 16) and affirm the Commissioner's decision, to which Plaintiff has not filed an objection.

After de novo review, the Report and Recommendation is **ADOPTED**, Plaintiff's motion for judgment on the record (Docket Entry No. 16) is **DENIED** and the Commissioner's decision is **AFFIRMED**.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the ___ day of August, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court